# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AKOLOUTHEO, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>INFORMATICA LLC,<br><br>             Defendant. | Civil Action No. 4:20-cv-226-ALM |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Informatica LLC hereby notifies the Court and all parties that Phillip J. Haack of the law firm of Marton Ribera Schumann & Chang LLP is appearing as counsel for Informatica in the above-referenced matter. Informatica requests that Mr. Haack be served via the contact information below.

Dated: April 3, 2020

Respectfully submitted,

By: /s/ *Phillip J. Haack*
Ryan J. Marton (CA 223979) (Admitted E.D. Tex.)
Phillip J. Haack (CA 262060) (Admitted E.D. Tex.)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515
Email: ryan@martonribera.com
phaack@martonribera.com

*Counsel for Defendant Informatica LLC*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail.

By:   /s/ *Phillip J. Haack*
        Phillip J. Haack