IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **AKOLOUTHEO, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**INFORMATICA CORP.**<br><br>    Defendant. | **CIVIL ACTION NO.: 4:20-cv-226**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF PENDING DISMISSAL

PLEASE TAKE NOTICE that the parties in this case have reached agreement on resolution of this case, and they are currently finalizing that resolution. The parties anticipate filing a dismissal of this case no later than June 12, 2020.

May 18, 2020

Respectfully Submitted,

By: /s/ *Ronald W. Burns*

Ronald W. Burns
Texas State Bar No. 24031903
RWBurns & Co., PLLC
5999 Custer Road, Suite 110-507
Frisco, Texas 75035
972-632-9009
rburns@burnsiplaw.com

**ATTORNEY FOR PLAINTIFF
AKOLOUTHEO, LLC**

[1]

[2]

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on the 18th day of May, 2020.

/s/ *Ronald W. Burns*
Ronald W. Burns